*Ecf*

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

*Southern District*

| | |
|---|---|
| United States | ) |
| Plaintiff | ) |
| v. | ) |
| Marlene Karen Wright Grant | ) |
| Defendant | ) |

Case No. 1:12-cr-00759-JG

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marlene Wright grant

Date:     1/26/13

*Attorney's signature*

Amelia P. Marino

*Printed name and bar number*

163 W 71st Street NY NY 10023

*Address*

Marino@MarinoManhattanLaw.com

*E-mail address*

212 873 7297

*Telephone number*

212 721-9060

*FAX number*